THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| DAVID SUTHERLAND LIBUSER,<br><br>     Plaintiff,<br><br>v.<br><br>STATE OF UTAH; WEST RIDGE ACADEMY; JAMIE KEEFER; and DAVE SULLIVAN,<br><br>     Defendants. | REPORT AND RECOMMENDATION<br><br>Case No. 2:25-cv-00437-TC-JCB<br><br>District Judge Tena Campbell<br><br>Magistrate Judge Jared C. Bennett |

This case is referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B).[1] Pro se Plaintiff David Sutherland Libuser ("Mr. Libuser") filed a short form motion, dated May 30, 2025, requesting to proceed without prepaying fees or costs.[2] However, upon review, the court concluded the information Mr. Libuser provided was insufficient for the court to determine whether Mr. Libuser qualifies to proceed in forma pauperis ("IFP") in this matter.[3] Accordingly, the court ordered Mr. Libuser to supplement his motion to provide

---

[1] ECF No. 6.

[2] ECF No. 2.

[3] DUCivR 3-2(a)(1)(A) ("The court may find a party indigent based on the information provided on the form motion or if a party's monthly income is equal to or below 200% of the United States poverty guideline as issued each year in the Federal Register by the Department of Health and Human Services for the 48 Contiguous States and the District of Columbia."). Per DUCivR 3-2(a)(1)(B), the magistrate judge may request additional facts or documentary evidence necessary to make this determination.

additional information by June 25, 2025.[4] The court cautioned Mr. Libuser that failure to file a signed, completed form motion by June 25, 2025 may result in the original motion being denied. Mr. Libuser has failed to timely supplement his motion to proceed IFP. Consequently, the court HEREBY RECOMMENDS that Mr. Libuser's motion to proceed IFP[5] be DENIED. If that recommendation is adopted, the court FURTHER RECOMMENDS that the court order Mr. Libuser to pay the full filing fee within 14 days of the order adopting the recommendation and warn him that his failure to do so will result in this case being dismissed without prejudice.

Copies of this Report and Recommendation are being sent to all parties, who are hereby notified of their right to object.[6] The parties must file any objections to this Report and Recommendation within 14 days after being served with a copy of it.[7] Failure to object may constitute waiver of objections upon subsequent review.

DATED this 9th day of July 2025.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

[4] ECF No. 4. The court also ordered Mr. Libuser to refile his motion using the District of Utah's form motion, available at https://www.utd.uscourts.gov/usdc-forms under the "Motion to Proceed In Forma Pauperis (Nonincarcerated Party)" subheading. A copy of this form was also attached to the court's order.

[5] ECF No. 2.

[6] 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

[7] 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).