IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DAVID SUTHERLAND LIBUSER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF UTAH; WEST RIDGE ACADEMY; JAMIE KEEFER; and DAVE SULLIVAN,<br><br>　　　　　Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:25-cv-00437-TC-JCB<br><br>Judge Tena Campbell<br>Magistrate Judge Jared C. Bennett |

　　　　On July 9, 2025, United States Magistrate Judge Dustin B. Pead issued a Report and Recommendation (R&R) recommending that the court deny Plaintiff David Sutherland Libuser's Motion to Proceed in forma pauperis (ECF No. 2) and order Mr. Libuser to pay the full filing fee to avoid the dismissal of his case. (ECF No. 7.) Mr. Libuser was given fourteen days to file objections to the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Nothing has been filed and the time for objecting has passed.

　　　　The court has reviewed the matter and the R&R for clear error and finds that it is correct in all material respects. See Fed. R. Civ. P. 72 Advisory Comm. Notes 1983 Addition Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Accordingly, the court adopts the R&R (ECF No. 7) in its entirety.

**ORDER**

　　　　For the foregoing reasons, the court ORDERS as follows:

1

1. The Plaintiff's Motion for Leave to Proceed in forma pauperis (ECF No. 2) is DENIED.

2. Mr. Libuser must pay the full filing fee within 14 days from the date of this order. If Mr. Libuser fails to do so, the court will dismiss his case without prejudice.

DATED this 29th day of July, 2025.

BY THE COURT:

_____
Tena Campbell
United States District Judge